United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE SHULTZ, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HYATT VACATION MARKETING ) <br> CORPORATION, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10-CV-04568-LHK <br><br> ORDER REQUESTING THAT PARTIES CLARIFY ADR STIPULATION |

On February 4, 2011, the parties submitted a joint ADR stipulation selecting ADR process. However, the parties indicated both "Court Sponsored Mediation" as well as "Private ADR." The parties may only select one of these options at a time. By February 14, 2011, the parties are directed to file an updated ADR stipulation selecting either Court Sponsored Mediation or Private ADR.

**IT IS SO ORDERED.**

Dated: February 7, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04568-LHK
ORDER REGARDING ADR STIPULATION