Reset Form



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
**For the Northern District of California**

Jeanne Shultz, individually, on behalf of
others similarly situated, and on behalf of
the general public

                    Plaintiff(s),

        v.

Hyatt Vacation Marketing Corporation,
Hyatt Vacation Ownership, Inc. and DOES
1-50, inclusive

_____ Defendant(s).    /

CASE NO. 10-4568

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

    Matthew H. Morgan                    , an active member in good standing of the bar of

the Supreme Court of Minnesota
(particular court to which applicant is admitted)    whose business address and telephone number

is  Nichols Kaster, PLLP
    80 South 8th Street, Suite 4600
    Minneapolis, MN 55402
    612-256-3200

                                                , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Plaintiffs

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated: February 24, 2011



United States District    Judge