UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeanne Shultz, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Hyatt Vacation Marketing Corporation, Hyatt Vacation Ownership, Inc. and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 10-CV-04568-LHK<br><br>CASE MANAGEMENT ORDER |

The Case Management Statement and Proposed Order filed by the parties is hereby adopted by the Court as the Case Management Order for the case.

FURTHER CASE MANAGEMENT CONFERENCE is set for May 5, 2011 at 1:30 p.m.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, subject to any provisions below.

MOTIONS FOR RULE 23 and FLSA CLASS CERTIFICATION shall be filed by July 28, 2011, and set for hearing no later than September 1, 2011 at 1:30 p.m.  A Case Management Conference is hereby set to follow the hearing on these Motions.

FACT DISCOVERY CUTOFF is December 30, 2011.

DISPOSITIVE MOTIONS shall be filed by January 19, 2012, and set for hearing no later than February 23, 2012 at 1:30 p.m.

EXPERT DISCOVERY:
    Disclosures: April 30, 2012
    Rebuttal disclosures: May 21, 2012
    Cut-off: June 22, 2012.

PRETRIAL CONFERENCE DATE is August 29, 2012 at 2 p.m.

JURY TRIAL DATE is September 17, 2012, at 9 a.m. in courtroom 4, 5th floor.

TRIAL LENGTH is estimated to be 10 days.

**IT IS SO ORDERED.**

Dated: March 17, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04568-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER