NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
Robert L. Schug, CA State Bar No. 249640
RSchug@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
Matthew H. Morgan, MN State Bar No. 304657
morgan@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  (612) 256-3200
Facsimile:  (612) 215-6870

Attorneys for Plaintiff, the Proposed Collective,
 and the Proposed Class

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeanne Shultz, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Hyatt Vacation Marketing Corporation, Hyatt Vacation Ownership, Inc. and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 5:10-cv-04568-LHK**<br><br>**DECLARATION OF JEANNE SHULTZ** |

**DECLARATION OF JEANNE SHULTZ**

1.     My name is Jeanne Shultz. I am over the age of 18 and competent to testify to the matters set forth in this declaration. I make this declaration based on my own personal knowledge.

2.     I began working as a sales executive for Hyatt Vacation Marketing Corporation in 2005. I had a couple short breaks in my employment. My employment ended in October 2010. My job as a sales executive was to sell real estate interests in the Hyatt Vacation Club. I made these sales at Highlands Inn just south of Carmel, California.

3.     As a sales executive, my pay was based on commissions. Except for the early time period of my employment, I received a draw in pay periods in which I did not earn any commissions. The draw was repayable to Hyatt and was deducted from future commissions.

4.     I conducted my sales activity on Hyatt property. Up until about 2007, Hyatt had a sales center in Carmel. The customer would make appointments to meet me or other sales executives at the sales center. We started the sales process at the sales center. If the sale was going well and the customer wanted a tour of the resort, I would make an appointment to meet the customer at the resort later. I did not drive from the sales center to the resort with the customer.

5.     In 2007 an on-site sales center opened permanently and replaced the sales center in the town of Carmel. After that happened, I conducted all my sales activity at the Highlands Inn resort.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/23/11

_Jeanne Shultz_
Jeanne Shultz

-1-
DECLARATION OF JEANNE SHULTZ