NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
Robert L. Schug, CA State Bar No. 249640
RSchug@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
Matthew H. Morgan, MN State Bar No. 304657
morgan@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiff, the Proposed Collective,
and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jeanne Shultz, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Hyatt Vacation Marketing Corporation, Hyatt Vacation Ownership, Inc. and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 5:10-cv-04568-LHK**<br><br>**DECLARATION OF MATTHEW C. HELLAND**<br><br>**Date:** May 5, 2011<br>**Time:** 1:30 p.m.<br>**Courtroom:** 5th Floor, Courtroom 4<br>**Judge:** Hon. Lucy Koh |

**DECLARATION OF MATTHEW C. HELLAND**

1.    My name is Matthew C. Helland. I am an attorney with the law firm of Nichols Kaster and am counsel of record in this matter. I make this statement based on my own personal knowledge.

2.    Discovery has barely begun in this matter. We have deposed one corporate designee in response to a deposition notice under Rule 30(b)(6), but the 30(b)(6) deposition is not complete. We served Defendants with Plaintiff's initial set of interrogatories, requests for production of documents, and requests for admission. Defendants have not served any discovery requests on Plaintiff.

3.    Attached hereto are true and correct copies of the following exhibits:

**Exhibit A:**   Plaintiffs' proposed judicial notice and consent form.

**Exhibit B:**   Relevant sections from the Fed. R. Civ. P. 30(b)(6) deposition of Defendants Hyatt Vacation Marketing Corporation and Hyatt Vacation Ownership, Inc., given by Lisa Trosset on March 8, 2011.

**Exhibit C:**   Exhibit 1 to the Fed. R. Civ. P. 30(b)(6) deposition of Defendants Hyatt Vacation Marketing Corporation and Hyatt Vacation Ownership, Inc., given by Lisa Trosset on March 8, 2011.

**Exhibit D:**   A job description for "Sales Executive: SIE000011" printed from Hyatt's website.

**Exhibit E:**   A job description for "Sales Executive: BON000718" printed from Hyatt's website.

**Exhibit F:**   A job description for "Sales Executive: CAR000375" printed from Hyatt's website.

**Exhibit G:**   A job description for "Sales Executive: ASP000008" printed from Hyatt's website.

**Exhibit H:**   A job description for "Sales Executive: SED000033" printed from Hyatt's website.

**Exhibit I:**   Relevant sections of Defendant's responses to Plaintiff's first set of interrogatories.

**DECLARATION OF MATTHEW C. HELLAND**

**Exhibit J:**     Department of Labor opinion letter FLSA2007-4.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2011                               s/ Matthew C. Helland
                                                                    Matthew C. Helland