# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jeanne Shultz, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Hyatt Vacation Marketing Corporation, Hyatt Vacation Ownership, Inc. and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 5:10-cv-4568-LHK**<br><br>**JUDICIAL NOTICE OF OVERTIME LAWSUIT** |

TO: CURRENT AND FORMER SALES EXECUTIVES WHO WORKED FOR HYATT VACATION MARKETING CORPORATION AND/OR HYATT VACATION OWNERSHIP, INC. AT ANY TIME FROM [THREE YEARS PRIOR TO DATE NOTICE ISSUES] TO THE PRESENT

RE: OVERTIME AND MINIMUM WAGE FAIR LABOR STANDARDS ACT LAWSUIT AGAINST HYATT VACATION MARKETING CORPORATION AND HYATT VACATION OWNERSHIP, INC.

**INTRODUCTION**

An overtime lawsuit has been filed against Hyatt Vacation Marketing Corporation and Hyatt Vacation Ownership, inc. on behalf of <u>all current and former sales executives who worked for Hyatt Vacation Marketing Corporation and/or Hyatt Vacation Ownership, inc. at any time from [three years prior to date notice issues] to the present</u>. The plaintiffs in the lawsuit allege that the Defendants failed to properly pay all overtime wages owed to sales executives, and failed

to pay proper minimum wages for all hours worked. If you have received this notice, you may be eligible to make a claim for pay.

### **YOUR RIGHT TO PARTICIPATE IN THE LAWSUIT**

The United States District Court for the Northern District of California has held that a group of potentially similarly situated employees exists, and that notice should be distributed to all individuals who may have potential claims. This notice has been distributed to current and former sales executives who worked for Hyatt Vacation Marketing Corporation and/or Hyatt Vacation Ownership, Inc. over the last three years.

If you fit the definition above and worked overtime hours, you may be eligible to participate in the lawsuit. You may join the lawsuit by mailing, emailing, or faxing the enclosed Plaintiff Consent Form to Plaintiff's Counsel for filing with the Court:

>Nichols Kaster, PLLP
>Attn.: Matthew C. Helland
>4600 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402
>Toll-Free Telephone: (877) 448-0492 (no faxes to this number)
>Fax: (612) 215-6870
>Email: helland@nka.com

The Plaintiff Consent Form must be postmarked **on or before [date 90 days from mailing]** in order for you to participate. If you choose to join this case by filing a Plaintiff Consent Form, your interests will be represented by Plaintiff's Counsel.

### **NO RETALIATION PERMITTED**

The law prohibits retaliation against employees for exercising their rights to receive overtime and minimum wages. Therefore, Defendants are prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this lawsuit.

THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE HONORABLE LUCY H. KOH, U.S. DISTRICT JUDGE.

**THIS PLAINTIFF CONSENT FORM MUST BE POSTMARKED ON OR BEFORE [DATE 90 DAYS FROM MAILING] IN ORDER FOR YOU TO PARTICIPATE.**

_____

**HYATT VACATION MARKETING CORP./HYATT VACATION OWNERSHIP, INC. PLAINTIFF CONSENT FORM**
_____

      I hereby consent to join the Fair Labor Standards Act ("FLSA") collective action entitled *Shultz v. Hyatt Vacation Marketing Corp., et al.*, Case No. C 10-4568 (LHK) (D. Ca.).  I work or worked for Hyatt Vacation Marketing Corporation and/or Hyatt Vacation Ownership, inc. as a Sales Executive at some time between from [THREE YEARS PRIOR TO DATE NOTICE ISSUES] to the present.  During that time, there were occasions where I worked more than forty (40) hours in a workweek.  If this case does not proceed collectively, I also consent to join any subsequent action to assert claims against these companies for overtime pay. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _____     _____
                                                        Signature

                                                        _____
                                                        Print Name

_____
**No Information Included Below Will be Filed With the Court**

**PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:**

Name: _____
               (First)                    (Middle)                (Last)

Street Address: _____

City, State, Zip: _____ _____

Home: _____ Cell: _____ Work: _____

Email: _____

Emergency Contact: _____

Return this form to:    Nichols Kaster, PLLP, Attn: Matthew C. Helland
                           Fax: (612) 215-6870
                           Email: helland@nka.com
                           Address: 4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402
                           Web:  www.overtimecases.com and www.nka.com