UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE SHULTZ,<br>　　　　Plaintiff,<br>　v.<br>HYATT VACATION MARKETING CORPORATION, ET AL.,<br>　　　　Defendants. | Case No.: 10-CV-04568-LHK<br><br>ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT |

In the Case Management Order issued on March 17, 2011, the Court set a Case Management Conference for May 5, 2011 at 1:30 p.m. Pursuant to the Civil Local Rules, the parties were to file a Joint Case Management Statement by April 28, 2011. See Civ. L.R. 16-10(d). No such statement has been filed. The parties shall file an updated Joint Case Management Statement by no later than May 4, 2011 at 11 a.m. At the same time, the parties shall file an updated proposed Notice to the class with all stipulated changes.

**IT IS SO ORDERED.**

Dated: May 2, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04568-LHK
ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT