UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE SHULTZ,<br>　　　　Plaintiff,<br>　v.<br>HYATT VACATION MARKETING<br>CORPORATION, ET AL.,<br>　　　　Defendants. | Case No.: 10-CV-04568-LHK<br><br>ORDER REGARDING JOINT CASE<br>MANAGEMENT STATEMENT |

Plaintiffs filed a motion for conditional class certification under the Fair Labor Standards Act (29 U.S.C. §§ 201 et seq., "FLSA"). Defendants did not oppose this motion, but did oppose Plaintiffs' request for a reminder notice to be sent to potential class members 30 days after the original notice. At the Case Management Conference held on May 5, 2011, the Court found that a reminder notice would aid in the notification of potential class members. *See Harris v. Vector Mktg. Corp.,* 716 F. Supp. 2d 835, 847 (N.D. Cal. 2010). Therefore, the Court approved the stipulated notice to potential class members (see Dkt. No. 43-1), with the addition of the following phrase: "The Judge Has Not Reached a Decision On the Merits of Plaintiffs' Claims or Defendants' Defenses." This notice shall be mailed to potential class members by a claims administrator as soon as possible after May 19, 2011, when the Defendants will provide the claims administrator with class contact information. A follow-up notice identical to the first notice shall be mailed 30 days after the initial mailing.

1

Case No.: 10-CV-04568-LHK
ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT

1  **IT IS SO ORDERED.**

2  Dated: May 9, 2011

3  _____
   LUCY H. KOH
   United States District Judge

2

Case No.: 10-CV-04568-LHK
ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT