UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE SHULTZ, <br>     Plaintiff, <br> v. <br> HYATT VACATION MARKETING CORPORATION, ET AL., <br>     Defendants. | Case No.: 10-CV-04568-LHK <br><br> ORDER REGARDING CASE SCHEDULE |

On July 8, 2011, the parties submitted a joint stipulation asking the Court to extend the deadline for Plaintiffs to file their motion for class certification from July 28, 2011 to September 20, 2011.  The parties also asked that the Court extend the deadline for the parties to complete ADR from August 8, 2011 to August 24, 2011.  The Court does not approve the extension of the deadline for the motion for class certification, which remains as set.  The Court approves the parties' request for an extension of the ADR deadline, which is hereby extended to August 24, 2011.

**IT IS SO ORDERED.**

Dated: July 14, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04568-LHK
ORDER REGARDING CASE SCHEDULE