UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE SHULTZ,<br>             Plaintiff,<br>   v.<br>HYATT VACATION MARKETING CORPORATION, ET AL.,<br>             Defendants. | Case No.: 10-CV-04568-LHK<br><br>ORDER REGARDING CASE SCHEDULE |

The Defendants' administrative motion for relief from case management order is DENIED. The case schedule remains as set.

**IT IS SO ORDERED.**

Dated: July 22, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04568-LHK
ORDER REGARDING CASE SCHEDULE