UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE SHULTZ, ) | Case No.: 10-CV-04568-LHK |
|     Plaintiff, ) | |
|     v. ) | |
| ) | ORDER REGARDING NOTICE OF |
| HYATT VACATION MARKETING ) | WITHDRAWAL OF MOTION FOR |
| CORPORATION, ET AL., ) | CLASS CERTIFICATION |
| ) | |
|     Defendants. ) | |
| ) | |

    Plaintiffs have filed a Notice for Withdrawal of Class Certification. Because the Notice of Withdrawal was filed after 7 days after service of Defendants' Opposition papers, Plaintiffs' motion is DENIED without prejudice. *See* Local R. 7-7(e).

    However, the hearing date on Plaintiff's Motion for Class Certification currently set for September 1, 2011 is VACATED and RESET for Tuesday, November 8, 2011. Plaintiffs must file the Motion for Preliminary Approval of Proposed Class Settlement and Notice Plan by October 13, 2011 in accordance with Fed. R. Civ. P. 23(e) and the applicable Local Rules. When Plaintiffs file the Motion for Preliminary Approval, they should also refile their Notice of Withdrawal of Class Certification. At that time the Court will reset the November 8, 2011 hearing as a hearing on the Motion for Preliminary Approval. If Plaintiffs do not file the Motion for Preliminary Approval by October 13, 2011, the November 8 hearing will proceed as a hearing on the Plaintiffs' Class Certification Motion.

1

Case No.: 10-CV-04568-LHK
ORDER REGARDING NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERT.

1  Dated: August 29, 2011

2  _____
   Hon. Lucy H. Koh
   United States District Judge

2

Case No.: 10-CV-04568-LHK
ORDER REGARDING NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERT.