**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jeanne Shultz, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Hyatt Vacation Marketing Corporation, Hyatt Vacation Ownership, Inc. and DOES 1-50, inclusive,<br><br>　　　　　　　　　　Defendants. | **Case No. 5:10-cv-04568-LHK**<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND AUTHORIZING NOTICE** |

ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND AUTHORIZING NOTICE

        This matter comes before the Court on Plaintiff's Unopposed Motion For Preliminary Approval of Settlement. Having reviewed the proposed Settlement Agreement, and the parties' arguments regarding the same, the Court hereby GRANTS Plaintiff's request for Preliminary Approval of the Settlement Agreement. The Court further CERTIFIES the California Class for the sole and limited purpose of implementing the terms of the Settlement Agreement, subject to this Court's final approval, and APPOINTS Plaintiff's Counsel as Class Counsel. The Court further APPOINTS Plaintiff Jeanne Shultz as the Class Representative. The Court finds on a preliminary basis that the proposed settlement is fair, reasonable and adequate as to the California Class. The Court further finds on a preliminary basis that the proposed settlement is a fair resolution of a bone fide dispute under the Fair Labor Standards Act.

        The Court further APPROVES the form and content of the Class Notice and Claim and Consent Form, and directs the Claims Administrator to distribute the Class Notice and the Claim and Consent Form as outlined in the Settlement Agreement. The parties are permitted to make non-substantive changes to the Class Notice. The Court further ORDERS the following timeline for administration of the settlement agreement:

1. Within fourteen days of date of this order, Defendants shall provide the Claims Administrator and Plaintiff's Counsel with the information outlined in Paragraph 10(a) of the Settlement Agreement.

2. Within fourteen days of receiving the information in Paragraph 10(a) of the Settlement Agreement, the Claims Administrator shall distribute the Class Notice as outlined in the Settlement Agreement.

3. On April 5, 2012, the parties shall return before this Court for a final fairness hearing.

IT IS SO ORDERED

Dated: November 9, 2011

                                            Hon. Lucy H. Koh
                                            United States District Court

ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND AUTHORIZING NOTICE