UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court:   13 min

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE           DATE: 4/5/12
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                                                 CASE #: C 10-04568LHK

CASE TITLE:  SHULTZ  VS. HYATT VACATION MARKETING CORP., ET AL

**Appearances for Plaintiff(s)**                    **Appearances for Defendant(s)**

 MATTHEW C. HELLAND                          CATHERINE M. DACRE


**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRE-TRIAL CONF.   {X}FAIRNESS HEARING/MOTION FOR SETTLEMENT

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED         [   ] DENIED         [   ] SUBMITTED         [   ] DENIED/GRANTED in part


***[  ] BRIEFS TO BE FILED AS FOLLOWS*:**

{     } Cont'd to          @               For

**ORDER TO BE PREPARED BY:**      [ ]PLTF;      [ ]DEFT;      [ ]COURT
Additional Comments: THE MOTION IS HEARD.  THE COURT WILL ISSUE A WRITTEN ORDER.