1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jeanne Shultz, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Hyatt Vacation Marketing Corporation, Hyatt Vacation Ownership, Inc. and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 5:10-cv-04568-LHK**<br><br>~~[proposed]~~ **ORDER AND FINAL JUDGMENT**<br><br>**Date:**      April 5, 2012<br>**Time:**     1:30 p.m.<br>**Courtroom:** 5th Floor, Courtroom 4<br>**Judge:**    Hon. Lucy Koh |

This matter comes before the Court on Plaintiffs' Unopposed Motion for Final Approval. Having reviewed the proposed settlement agreement, and the parties' arguments regarding the same, the Court hereby GRANTS Plaintiff's request for Final Approval of the settlement. The Court further GRANTS Plaintiff's request for certification of the proposed California Class and appoints Plaintiff's Counsel as Class Counsel. The Court finds that the Notice provided to Settlement Class Members was the best notice practicable in accordance with the Federal Rules of Civil Procedure.

**DECLARATION OF MATTHEW C. HELLAND**

The Court finds that the settlement, as set forth in the settlement agreement, is fair, reasonable, and adequate as to the California Class. The Court also finds that the settlement is a fair resolution of a bona fide dispute under the Fair Labor Standards Act as to the FLSA Collective. The Court GRANTS Class Counsel's request for $90,000 in attorneys' fees and $15,851.23 in costs. The Court GRANTS Plaintiff's request for a Named Plaintiff enhancement of $2,000. Defendants and the Settlement Administrator are ORDERED to effectuate payment of the settlement amount as outlined in the settlement agreement.

Except as outlined in the settlement agreement and this Order, each party is to bear their own costs. This Court shall retain jurisdiction over this case for the sole purpose of resolving any disputes associated with the implementation of the settlement. For all other purposes, this case is DISMISSED with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.  LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 6, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court Judge