UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE SHULTZ,<br>  Plaintiff,<br>  v.<br>HYATT VACATION MARKETING CORPORATION, ET AL.,<br>  Defendants. | Case No.: 10-CV-04568-LHK<br><br>ORDER REQUESTING SUPPLEMENTAL INFORMATION |

The parties have informed the Court that there was an additional claim form that was received by the claims administrator after the deadline for submitting claim forms. The parties have represented that the claims administrator neglected to inform them of this additional claim form until after final approval was granted. Before determining whether this claim form should be allowed, the Court will need additional information from the parties. The parties shall submit a supplemental statement, within one week of the date of this order. The supplemental statement shall include the total amount to be paid to this newly added claimant, how this total will affect the average payments to the class members, and a legal memorandum regarding whether this alteration to the class settlement will require a new fairness hearing.

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04568-LHK
ORDER REQUESTING SUPPLEMENTAL INFORMATION