1

2

3

4

5

6

7

8

9
## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 Jeanne Shultz, individually, on behalf of others similarly situated, and on behalf of the general public, | **Case No. 5:10-cv-04568-LHK** |
| 12 | ~~[proposed]~~ **ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING LATE CLAIM FORM** |
| 13       Plaintiffs, | |
| 14   vs. | |
| 15 Hyatt Vacation Marketing Corporation, Hyatt Vacation Ownership, Inc. and DOES 1-50, inclusive, | |
| 16 | |
| 17       Defendants. | |

18

19 This matter came before the Court on the Parties' Joint Motion for Administrative Relief

20 Regarding Late Claim Forms.  The Parties request inclusion in the settlement of a class member

21 who filed a late claim form on March 6, 2012.  Having reviewed the Parties' motion, and good

22 cause appearing therefore, the Parties' motion is hereby GRANTED.  The individual who

23 submitted a late claim form on March 6, 2012 is hereby included in the settlement.

24 IT IS SO ORDERED.

25

26 Dated:  _May 4, 2012_

27 Hon. Lucy H. Koh
United States District Judge

28

**[proposed] ORDER**